| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael F. Chekian, Esq., SBN 165026<br>Chekian Law Office, Inc.<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Voice 310 390 5529<br>Facsimile 310 451 0739<br>Email mike@cheklaw.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor*  Mr. Gallion | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Michael Lee Gallion | CASE NO.:  2:20-bk-12398-BR |
|---|---|
| | CHAPTER:  7 |
| | **SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B ☐ Schedule C ☐ Schedule D ☐ Schedule E/F ☐ Schedule G

☐ Schedule H ☒ Schedule I ☒ Schedule J ☐ Schedule J-2 ☒ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers ☐ Statement of Intention ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  5/13/20        /s/ Michael L. Gallion
_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                Page 1                **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael Lee Gallion | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Central District of California

Case number   2:20-bk-12398-BR
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Partner - Equity | |
| **Employer's name** | Akerman LLP | |
| **Employer's address** | 495 N. Keller Rd.<br>Number  Street | Number  Street |
| | Maitland, FL 32751<br>City           State   ZIP Code | City           State   ZIP Code |
| **How long employed there?** | Spring of 2019 - Present | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 34,615.38 | $ |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 34,615.38 | $ |

Debtor 1   Michael Lee Gallion
         First Name   Middle Name   Last Name

Case number (if known)   2:20-bk-12398-BR

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.................................................... → 4. | $ 34,615.38 | $ |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 13,009.26 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 377.18 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: Expected deduction to repay loan to bank to fund balance of capital account per new policy. Estimated amount is $4,000.00 per month. | 5h. | + $ 4,000.00 | + $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 17,386.44 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 17,228.94 | |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ |
| 8e. Social Security | 8e. | $ 0.00 | $ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. Other monthly income. Specify: | 8h. | + $ 0.00 | + $ |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |

| | | | | | |
|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 17,228.94 | + | $ | = $ 17,228.94 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. $ 17,228.94

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.    My current income is set through December 31, 2020.  Thereafter, I am subject to Firm productivity
☑ Yes. Explain:  metrics and my salary may be reduced, possibly substantially.

**Fill in this information to identify your case:**

Debtor 1    Michael Lee Gallion
　　　　　 First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse, if filing) First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the: Central District of California

Case number    2:20-bk-12398-BR
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   　　　☐ No
   　　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $  5,000.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $  0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $  125.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $  300.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $  0.00 |

Debtor 1    Michael Lee Gallion

First Name    Middle Name    Last Name      Case number *(if known)*   2:20-bk-12398-BR

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 333.34 |
| 6b. Water, sewer, garbage collection | 6b. | $ 166.66 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 750.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 1,200.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 500.00 |
| 10. **Personal care products and services** | 10. | $ 300.00 |
| 11. **Medical and dental expenses** | 11. | $ 5,000.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 850.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 50.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 0.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: Priority IRS ($6,700.59)  and Priority FTB ($1,212.27) Debt | 16. | $ 7,912.86 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ 3,333.33 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Michael Lee Gallion

First Name    Middle Name    Last Name

Case number *(if known)*   2:20-bk-12398-BR

| | | |
|---|---|---|
| 21. **Other.** Specify: I have multiple recognized disabilities and pay for part-time assistance for medical disabilities/medical condition. | 21. | +$ 1,800.00 |
| Professional Fees | | +$ 1,200.00 |
| Storage | | +$ 550.00 |

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.    22a.   $ 29,371.19

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.   $

   and 22b. The result is your monthly expenses.    22c.   $ 29,371.19

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.   $ 17,228.94

   23b. Copy your monthly expenses from line 22c above.    23b. − $ 29,371.19

   23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*    23c.   $ -12,142.25

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.

   ☑ Yes.    Explain here:   I have moved and now have much lower rent and other expenses have decreased as well post-bankruptcy. The amounts listed for taxes and back alimony are not actually being paid at that amount presently. However, the total overdue amount is divided by 60.  I negotiated a short-term reduction in support payments as a result of my current financial distress. No payments are currently due to the California Franchise Tax Board, because I was approved for hardship status in December of 2019.

**Fill in this information to identify your case:**

Debtor 1    Michael Lee Gallion
            _____
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Central District of California

Case number    2:20-bk-12398-BR
(If known)     _____

☒ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Michael L. Gallion                    ✗ _____
Signature of Debtor 1                        Signature of Debtor 2

Date  5/13/20                                Date _____
      MM / DD / YYYY                              MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | Michael Lee Gallion | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number    2:20-bk-12398-BR
(If known)

☒ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 8500 Burton Way, #411 | From  01/2014 | | From _____ |
| Number    Street | To    08/2019 | Number   Street | To _____ |
| Los Angeles        CA    90048 | | | |
| City        State    ZIP Code | | City        State    ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number   Street | To _____ |
| City        State    ZIP Code | | City        State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    Michael Lee Gallion
    First Name    Middle Name    Last Name

Case number (*if known*) 2:20-bk-12398-BR

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 116,303.59 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2019 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 465,549.96 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 416,519.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Design work income | $0.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:**<br>(January 1 to<br>December 31, 2019 ) | Real Real personal property sales. I have sold personal property to pay basic living expenses. | $25,921.00 | | $ |
| | 401k cash out net received $23,852.22 in April 2019 and est. gross before taxes $57,704.00 | $57,704.00 | | $ |
| | Design work income | $10,400.00 | | $ |
| **For the calendar year before that:**<br>(January 1 to<br>December 31, 2018 ) | Design work income | $65,000.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

Debtor 1  Michael Lee Gallion
First Name    Middle Name    Last Name

Case number (if known) 2:20-bk-12398-BR

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |

---

Debtor 1    Michael Lee Gallion
_____
First Name    Middle Name    Last Name

Case number (if known) 2:20-bk-12398-BR
_____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br><br>_____<br>City    State    ZIP Code | _____ | | | |
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br><br>_____<br>City    State    ZIP Code | _____ | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br><br>_____<br>City    State    ZIP Code | _____ | | | |
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br><br>_____<br>City    State    ZIP Code | _____ | | | |

| Debtor 1 | Michael Lee Gallion | | Case number (if known) | 2:20-bk-12398-BR |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title: | Michael Gallion v. Karen A. Rooney, Esq. and Karen Rooney Law and related cross-complaint | Legal fee dispute re financial advisor fraud/theft case. Attorney unqualified in area, mishandled case and grossly overbilled. Claim is contingent, unliquidated, disputed.; Date filed: 08/21/2018 | Superior Court of the State of California<br>Court Name<br><br>County of Los Angeles<br>Number    Street<br><br>Los Angeles      CA      90007<br>City      State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | BC718792 | | | |
| Case title: | Chinchilla v. Glass House Development LLC | False workers' compensation claim by former housekeeper after being terminated. Housekeeper has history of workers' comp. and unemployment fraud. Claim is contingent, unliquidated and disputed.; Date filed: 01/01/2018 | Worker's Compensation Appeals Board<br>Court Name<br><br>4720 Lincoln Blvd #2<br>Number    Street<br><br>Marina Del Rey      CA      90292<br>City      State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | JCN 201809271729129626891 4 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | **Explain what happened** | | |
| City      State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | **Explain what happened** | | |
| City      State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

Debtor 1    Michael Lee Gallion
_____
First Name    Middle Name    Last Name

Case number *(if known)* 2:20-bk-12398-BR

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | | _____ | $_____ |

Last 4 digits of account number: XXXX–

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code<br>Person's relationship to you  _____ | | _____<br><br>_____ | $_____<br><br>$_____ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code<br>Person's relationship to you  _____ | | _____<br><br>_____ | $_____<br><br>$_____ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 6

Debtor 1   Michael Lee Gallion
           First Name   Middle Name   Last Name

Case number (if known) 2:20-bk-12398-BR

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| GLAAD<br>Charity's Name<br><br>5455 Wilshire Blvd.<br><br>Suite 1500<br>Number   Street<br><br>Los Angeles      CA   90036<br>City      State   ZIP Code | Cash donation to organization that supports positive images of gay, lesbian, bisexual and transgender individuals in the media and entertainment. | 01/2018<br><br>_____ | $ 2,000.00<br><br>$ 0.00 |

---

**Part 6:   List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:   List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Michael Chekian<br>Person Who Was Paid<br><br>445 South Figueroa Street<br>Number   Street<br><br>31st Floor<br><br>Los Angeles      CA   90071<br>City      State   ZIP Code<br><br>mike@cheklaw.com<br>Email or website address<br><br>Person Who Made the Payment, if Not You | $5,200 for basic bankruptcy services, plus $335 basic filing fee and $31 amendment filing fee | 03/01/2020<br><br>_____ | $ 2,500.00<br><br>$_____ |

Debtor 1  Michael Lee Gallion
_____
First Name    Middle Name    Last Name

Case number (*if known*)  2:20-bk-12398-BR

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Debtorcc.org <br> _____ <br> Person Who Was Paid <br> Web based <br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code <br> debtorcc.org <br> _____ <br> Email or website address <br> _____ <br> Person Who Made the Payment, if Not You | Debt counseling | 03/2020 <br> _____ <br><br> _____ | $ 14.95 <br><br> $_____ |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ☑ No
   ☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ <br> Person Who Was Paid <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code | | _____ <br><br> _____ | $_____ <br><br> $_____ |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
   Do not include gifts and transfers that you have already listed on this statement.

   ☑ No
   ☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ <br> Person Who Received Transfer <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code <br> Person's relationship to you _____ | | | _____ |
| _____ <br> Person Who Received Transfer <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code <br> Person's relationship to you _____ | | | _____ |

Debtor 1  Michael Lee Gallion

First Name    Middle Name    Last Name

Case number (*if known*) 2:20-bk-12398-BR

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | _____ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| First Republic Bank<br>Name of Financial Institution<br><br>Number   Street<br><br>City          State    ZIP Code | XXXX–__ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 08/01/2019 | $ 0.00 |
| First Republic Bank<br>Name of Financial Institution<br><br>Number   Street<br><br>City          State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 08/01/2019 | $ 0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br>City      State      ZIP Code | Name<br><br>Number   Street<br><br>City      State      ZIP Code | | ☐ No<br>☐ Yes |

| Debtor 1 | Michael Lee Gallion | | | Case number (if known) | 2:20-bk-12398-BR |
|---|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>**Name of Storage Facility** | David Van Pelt<br>**Name** | Storage belongs to David Van Pelt. I does not pay for the storage unit. Books, misc. household good and furniture., $1,000.00 | ☑ No<br>☐ Yes |
| 300 Avery Street<br>**Number    Street** | <br>**Number    Street** | | |
| <br> | Los Angeles          CA<br>**City** **State**  **ZIP Code** | | |
| Los Angeles     CA    90013<br>**City**      **State**   **ZIP Code** | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| <br>**Owner's Name** | <br>**Number    Street** | | $_____ |
| <br>**Number    Street** | <br>**City**      **State**   **ZIP Code** | | |
| <br>**City**      **State**   **ZIP Code** | | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| <br>**Name of site** | <br>**Governmental unit** | | _____ |
| <br>**Number    Street** | <br>**Number    Street** | | |
| <br>**City**      **State**   **ZIP Code** | <br>**City**      **State**  **ZIP Code** | | |

| Debtor 1 | Michael Lee Gallion | | Case number *(if known)* | 2:20-bk-12398-BR |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | | | ☐ Pending |
| _____ | Court Name | | ☐ On appeal |
| | _____ | | ☐ Concluded |
| | Number    Street | | |
| Case number | _____ | | |
| | City    State    ZIP Code | | |

---

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Kelley Drye & Warren LLP | Law firm | Do not include Social Security number or ITIN. |
| Business Name | | |
| 10100 Santa Monica Blvd., 23rd Floor | | EIN: ___ – ___ _____ |
| Number    Street | | |
| | | Dates business existed |
| _____ | Name of accountant or bookkeeper | |
| Los Angeles    CA    90067 | | From 04/01/2016  To 03/30/2019 |
| City    State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Glass House Development LLC | Residential real estate development and design | Do not include Social Security number or ITIN. |
| Business Name | | |
| 1670 Sunset Plaza Drive | | EIN: ___ – ___ _____ |
| Number    Street | | |
| | | Dates business existed |
| _____ | Name of accountant or bookkeeper | |
| West Hollywood    CA    90069 | | From 08/01/2019  To Current |
| City    State    ZIP Code | | |

Debtor 1    Michael Lee Gallion                                              Case number (if known) 2:20-bk-12398-BR
_____
First Name    Middle Name    Last Name

| | | |
|---|---|---|
| Sheppard Mullin LLP | **Describe the nature of the business** | **Employer Identification number** |
| **Business Name** | Law firm | Do not include Social Security number or ITIN. |
| | | |
| 333 S. Hope St., 48th Floor | | EIN: __ __ - __ __ __ __ __ __ __ |
| **Number    Street** | | |
| | | **Dates business existed** |
| Los Angeles      CA      90071 | **Name of accountant or bookkeeper** | From 01/01/2010  To 04/01/2016 |
| **City           State      ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

[✓] No
[ ] Yes. Fill in the details below.

**Date issued**

Name _____      _____
                                  MM / DD / YYYY

Number    Street _____

_____

City           State      ZIP Code

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Michael L. Gallion                              ✖
_____      _____
Signature of Debtor 1                                Signature of Debtor 2

Date 5/13/20                              Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

[ ] No
[✓] Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

[✓] No
[ ] Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Debtor 1 | Michael Lee Gallion | | | Case number *(if known)* | 2:20-bk-12398-BR |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Continuation Sheet for Official Form 107

**9) Lawsuits**

**Case Title:** 8500 Burton Way, LLC vs. Michael Gallion

**Case Number:** 19SMCV02108

**Court Name:** Superior Court of the State of California

**Court Address:** Santa Monica Courthouse, Santa Monica, CA 90401

**Case Status:** Pending

**Nature of the case:** Return of personal property; Date filed: 12/06/2019

-------

**20) Bank accounts**

| Citibank (Account ending in 0865), , , | Savings | 08/01/2019 | $0.00 |
|---|---|---|---|

**22) Property storred within 1 year**

| Public Storage, 8512 National Blvd., Culver City, CA 90232 | See schedule B. Books, misc. household good and furniture. , $1,000.00 |
|---|---|

**27) Businesses**

**Business Name:** Akerman LLP

495 N. Keller Rd., Suite 300

Maitland, FL 32751

**Describe the Nature of the business:** Law firm

**EIN:** 59-3117860

**Dates business existed:** From: 03/15/2019 To: Current

---

**Business Name:** The Gentry LLC

330 Wilshire Blvd.

Santa Monica, CA 90401

**Describe the Nature of the business:** Real estate design and resale of home furnishings

**EIN:**

Debtor 1    Michael Lee Gallion      Case number (if known) 2:20-bk-12398-BR
First Name   Middle Name   Last Name

### Continuation Sheet for Official Form 107

Dates business existed: From: 07/01/2012 To: 03/01/2016

---

Business Name: Glass House Development LLC

8500 Burton Way, #411

Los Angeles, CA 90048

Describe the Nature of the business: Real estate design / Suspended

EIN:

Dates business existed: From: 03/09/2016 To: 06/01/2018

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):   SUMMARY OF AMENDED SCHEDULES, MASTER
MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)] will be served or was served **(a)** on the judge in chambers in the
form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____May 14, 2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email
addresses stated below:

Attorney for Debtor Michael Chekian:  mike@cheklaw.com
Chapter 13 Trustee Timothy Yoo: tjytrustee@lnbyb.com
U.S. Trustee:  ustpregion16.la.ecf@usdoj.gov
BMW Financial Services NA c/o Ambrish B Patel: apatelEI@americaninfosource.com
Todd A Brisco: tabrisco@briscoassociates.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___/201_____, I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/14/2020 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**